| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Childs, Julianna M. | 2. Court or Organization<br><br>U.S. District Court, SC | 3. Date of Report<br><br>07/12/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Mathew J. Perry, Jr. U.S. Courthouse
901 Richland Street, 3rd Floor
Columbia, SC 29201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | _____, LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 07/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Assoc. | 1/7/2016-1/9/2016 | Naples, FL | 2016 Winter Leadership Meeting | Airfare, Ground Transportation, and Lodging |
| 2. | American Bar Assoc. | 2/4/2016-2/7/2016 | San Diego, CA | Midyear Board Meeting | Airfare, Lodging, and Meals |
| 3. | Federal Judicial Center | 3/9/2016-3/11/2016 | New York, NY | Speaker, Employment Law Seminar | Per Diem |
| 4. | Federal Magistrate Judges Assoc. | 4/12/2016 | Charleston, SC | FMJA's Diversity Committee CLE | Mileage |
| 5. | American Bar Assoc. | 4/14/2016-4/15/2016 | Chicago, IL | Judicial Division Spring Planning Meeting | Airfare, Lodging and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Childs, Julianna M.** | 07/12/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Federal Judicial Center | 4/26/2016-4/28/2016 | Charleston, SC | National Workshop for District Judges | Airfare, Per Diem, and Mileage |
| 7. | Federal Judges Assoc. | 5/17/2016-5/18/2016 | Washington, DC | Board of Directors Meeting | Airfare and Ground Transportation |
| 8. | American Law Institute | 5/16/2016-5/18/2016 | Washington, DC | 93rd Annual Meeting | Lodging, Ground Transportation, and Meals |
| 9. | American Bar Assoc. | 5/11//2016-5/14/2016 | Key West, FL | 2016 Joint Spring Meeting | Airfare and Lodging |
| 10. | American Bar Assoc. | 6/16/2016-6/18/2016 | Vancouver, BC | Spring Leadership Meeting | Airfare and Lodging |
| 11. | American Law Institute | 7/28//2016-7/30/2016 | Santa Fe, NM | Speaker, Current Developments in Employment Law | Airfare, Lodging, Ground Transporation, and Meals |
| 12. | American Bar Assoc. | 10/16/2016-10/8/2016 | Austin, TX | 2016 Fall Leadership Meeting | Airfare, Lodging, and Meals |
| 13. | Federal Judicial Center | 10/17/2016-10/19/2016 | Nashville, TN | Seminar for Mid-Career U.S. District Judges | Airfare and Per Diem |
| 14. | North Carolina Bar Assoc./ Foundation | 10/28/2016-10/29/2016 | Asheville, NC | Speaker, 32nd Annual NC/ SC Labor & Employment | Lodging and Mileage |
| 15. | Georgetown Law | 11/9/2016-11/10/2016 | Washington, DC | Speaker, 2016 Advanced eDiscovery Institute | Airfare, Lodging, and Meals |
| 16. | Law & Economics Center | 12/4/2016-12/6/2016 | Atlanta, GA | 12th Annual Meeting of the American College of Business Court Judges | Mileage, Lodging, and Parking |
| 17. | Federal Judicial Center | 2/22/2016-2/23/2016 | Redondo Beach, CA | 2016 Juror Management and Utilization Workshops | Per Diem |
| 18. | Federal Judicial Center | 5/22/2016-5/25/2016 | White Sulphur Springs | 4th Circuit Judicial Conference | Airfare and Lodging |
| 19. | American Bar Assoc. | 9/21/2016-9/23/2016 | Chicago, IL | JD Spring SOC Leadership Meeting | Airfare and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 07/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | AA Advantage-American Airlines | Credit Card | J |
| 2. | First Palmeto Savings Bank | Morgage on Rental Property #1 | None |
| 3. | South Crest Bank | Morgage on Rental Property #2 | M |
| 4. | First Citizens Bank | Morgage on Rental Property #3 | L |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 07/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Columbia, SC (1993, $58,500) | D | Rent | M | R | | | | | |
| 2. Rental Property #2, Fayetteville, GA (2006, $180,000) | E | Rent | M | R | | | | | |
| 3. Rental Property #3, Columbia, SC 2015, ($240,000)-See note in VIII | E | Rent | M | R | | | | | |
| 4. Mass Mutual-Whole Life | A | Interest | K | T | | | | | |
| 5. Raintree Vacations Time Share, (1995, $9,000) | D | None | J | W | | | | | |
| 6. Wells Fargo Bank Accounts- Was Wachovia | A | Interest | L | T | | | | | |
| 7. South Carolina Community Bank | A | Interest | J | T | | | | | |
| 8. Carolinas Telco Federal Credit Union Account | A | Int./Div. | J | T | | | | | |
| 9. John Hancock Life Style Grow Active Strategy | A | Int./Div. | N | T | | | | | |
| 10. BlackRock Global Discovery | A | Dividend | K | T | | | | | |
| 11. Franklin Templeton Mutual Global Discovery | A | Dividend | M | T | | | | | |
| 12. TR Price Mid Value Fund | A | Dividend | K | T | | | | | |
| 13. Wellington Mid Cap Stock Fund | A | Dividend | K | T | | | | | |
| 14. GA Higher Ed Fut Scholar Aggressive 529 College Savings (No Control) | A | Int./Div. | J | T | | | | | |
| 15. SC 529 Future Scholar Aggres Growth Port (Line 22 on 2010)_ | A | Dividend | K | T | | | | | |
| 16. TIAACREF Path2College 529 Plan (Risk Based, No Control Balanced Option | A | Int./Div. | J | T | | | | | |
| 17. AGGRES MNGD ALLC AGE 12-14 (2) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 07/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  MNGD ALLC AGE 15-17 (2) | A | Distribution | J | T | | | | | |
| 19.  TIAACRE Path2College 529 Plan (Risk Based, No Control Guarant. Option | A | Int./Div. | J | T | | | | | |
| 20.  AGGRES MNGD ALLC AGE 15-17 (2) | A | Dividend | J | T | | | | | |
| 21.  MNGD ALLC AGE 15-17 (1) | A | Distribution | J | T | | | | | |
| 22.  -100% Equity Option | A | Dividend | J | T | | | | | |
| 23.  -Balanced Option | A | Dividend | J | T | | | | | |
| 24.  -Guaranteed Option | A | Dividend | J | T | | | | | |
| 25.  B-IRA | B | Dividend | L | T | | | | | |
| 26.  -Thornburgh Int. Value A | | None | J | T | | | | | |
| 27.  Morgan Stanley 529 College Savinngs Plan- AGGRES GROWTH A SHARE (X) | B | Dividend | L | T | | | | | |
| 28.  AQR Managed Futures Strategy 1 (AQMIX) | C | Dividend | J | T | Buy | 02/17/16 | J | | |
| 29. | | | J | T | Buy | 12/30/16 | J | | |
| 30.  TCW Value Oppotunity N-PLA Listed TCW Dividend Focus | | None | J | T | | | | | |
| 31.  Virtus Insight Emerg Mkts I (HIEMX) | | None | J | T | | | | | |
| 32.  Virtus Insight Sect Sht Trm BDI PIMSX) | | None | J | T | | | | | |
| 33.  American Europacific GRWF | | None | J | T | | | | | |
| 34.  JP Morgan Mid Cap Value A | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 07/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Delaware TX -FR USA Intermed A | | None | J | T | | | | | |
| 36.  DWS Dreman Small Cap Value A | | None | J | T | | | | | |
| 37.  DWS RREEF Rea SEC A | | None | J | T | | | | | |
| 38.  Cambiar Small Cap Inv | | None | J | T | | | | | |
| 39.  E V Income Fund of Boston A | | None | J | T | | | | | |
| 40.  Eaton Vance Commodity Strat I (EICSX) | | None | J | T | | | | | |
| 41.  Blackstone ALT Multi-Strat IOnst (BXMIX) | D | Dividend | J | T | Buy (add'l) | 02/09/16 | J | | |
| 42. | | | | | Buy (add'l) | 02/17/16 | J | | |
| 43.  Causeway Int Value Instl (CIVIX) | | None | J | T | | | | | |
| 44.  E V Large Cap Value A | | None | J | T | | | | | |
| 45.  Goldman Sachs Abslte Ret Trk A | | None | J | T | | | | | |
| 46.  Franklin Covertible SEC ADV (FCSZX) | | None | J | T | | | | | |
| 47.  Investco Diversified Dividend | B | Dividend | J | T | Buy (add'l) | 01/14/16 | J | | |
| 48. | C | Dividend | J | T | Buy (add'l) | 02/09/16 | J | | |
| 49. | B | Dividend | J | T | Buy (add'l) | 02/17/16 | J | | |
| 50.  Metropoliotan West Tot Bd 1 (MWTIX) | | None | J | T | | | | | |
| 51.  Goldman Sachs Grow Opport A | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 07/12/2017 |

## VII. INVESTMENTS and TRUSTS -- _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ing Global Real Estate A | | None | J | T | | | | | |
| 53. Ivy Mid Cap Growth 1 | | None | J | T | | | | | |
| 54. Legg Mason Wa Intrm Trm Muni | | None | J | T | | | | | |
| 55. Mainstay LRG Cap Grwl (Prv rprd as "Mainstay LRG CapGrw A" | | None | J | T | | | | | |
| 56. MSIF Global Franchise Inst (MSFAX) | C | Dividend | J | T | Buy | 01/04/16 | L | | |
| 57. MSIF Global Franchise Inst (MSFAX) | C | Dividend | J | T | Buy (add'l) | 12/30/16 | L | | |
| 58. Pimco Emerging Local Bd A | | None | J | T | | | | | |
| 59. Pimco Foreign Bd US S Hedged P | | None | J | T | | | | | |
| 60. Invesco Premier Inst (IPPXX) | | None | J | T | | | | | |
| 61. Pimco Short Term P | | None | J | T | | | | | |
| 62. Pimco EQS Long/Short Term P (PMHBX) | B | Dividend | J | T | Buy (add'l) | 02/09/16 | J | | |
| 63. Pimco EQS Long/Short Term P (PMHBX) | B | Dividend | J | T | Buy (add'l) | 12/30/16 | J | | |
| 64. Pimco Income P (PONPX) | B | Dividend | J | T | Buy | 01/04/16 | J | | |
| 65. Rydex/Sgi Managed Fut Str A | | None | J | T | | | | | |
| 66. Templeton Global | | None | J | T | | | J | | |
| 67. Guggenheim Mngd Futrs Strat H | | None | J | T | | | | | |
| 68. T Rowe Price Growth Stock ADV (TSAX) | B | Dividend | J | T | Buy (add'l) | 01/04/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 07/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Legg Mason Wa Emerg Mkt Debt I | | None | J | T | | | | | |
| 70. Prinicpal Midcap P (PMCPX) | | None | J | T | | | | | |
| 71. Prudential Jennnison SM Comp Z (PSCZX) | | None | J | T | | | | | |
| 72. Nuveenn Nwq Large Cap Value I | | None | J | T | | | | | |
| 73. Blackrock Inflat Prot Bond A | | None | J | T | | | | | |
| 74. AQR Managed Futures Strategy I | | None | J | T | | | | | |
| 75. Western Ast Int Term Muni C | | None | J | T | | | | | |
| 76. Western Ast Int Term Muni I | | None | J | T | | | | | |
| 77. Summter Gastroenterology Partnership Building (2004, ($3,016, 000) | | None | P1 | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Please Amendment Report Below:

VI. Liabilities
Residential mortgage deleted from this section.

VII. Investments and Trusts

Line 1-3 Column 2-Amended to R

For the reference to Part VII, Line 3 "Rental Property #3, Columbia, SC," the property was formely my residence until December 2016. It is now a rental property, effective March 2016.

For Lines 9, 10, 11, 12, and 13: Full name of each mutual funds disclosed as follows: JH LS Grow Strategy, Franklin Termplon Mutual Global Discovery, TR Price Mid Value Fuind, and Wellington Mid Cap Stock Fund.

Lines 30, 31, 44-45, 51-55, 61, 65-67, 69, 72-76: amended as "blank" in Column B(1) under "Amount" and "none" in Column B(2) under "Type"

Lines 9, 19, 32, 87-89, 92-97: deleted from the intial 2016 FDR Report

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 07/12/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Julianna M. Childs**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544